SAUDER | SCHELKOPF
Attorneys at Law

Joseph B. Kenney
jbk@sstriallawyers.com
Phone: 610.200.0583

June 26, 2026

**VIA EMAIL**
Hon. Stacey D. Adams, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**RE: *Armstrong v. BMW of North America, LLC*, No. 23-3046 (D.N.J.)**

Dear Judge Adams,

The parties jointly write to request that the Court hold the settlement conference on June 30, 2026 by Zoom if the Court is able to do so. As set forth in their respective settlement conference statements, the parties have exchanged settlement demands and are continuing to do so. Given the current posture, the parties believe it would be more productive to hold the conference via Zoom. In addition, a World Cup game is scheduled at MetLife stadium for 5pm on the 30th. If the parties are able to resolve the case prior to the conference, we will promptly inform the Court.

We thank you in advance for your courtesies and consideration.

Respectfully,

*/s/ Joseph B. Kenney*

*Counsel for Plaintiffs*

*/s/ Christopher Dalton*

*Counsel for BMW of North America, Inc.*

cc: All Counsel of Record (via ECF)