**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHEA ARMSTRONG and SAMUEL CALDWELL, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>BMW OF NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT,<br><br>*Defendants.* | Civil Action No. 2:23-cv-03046<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS** |

**IT IS HEREBY STIPULATED AND AGREED** between counsel for the Plaintiffs, Shea Armstrong and Samuel Caldwell, and counsel for Defendant, BMW of North America, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all individual claims that Plaintiffs asserted in the litigation are dismissed with prejudice. Plaintiffs and BMW of North America, LLC have resolved all issues concerning the parties attorneys' fees or costs.

| | |
|---|---|
| */s/ Joseph B. Kenney*<br>Joseph G. Sauder<br>Matthew D. Schelkopf<br>Joseph B. Kenney<br>**SAUDER SCHELKOPF LLC**<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>Telephone: (610) 200-0583<br><br>*Attorneys for Plaintiffs*<br><br>Dated: August 21, 2026 | */s/ Christopher J. Dalton*<br>Christopher J. Dalton<br>Argia J. DiMarco<br>Melissa J. Bayly<br>**BUCHANAN INGERSOLL & ROONEY PC**<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102<br>Telephone: (973) 273-9800<br><br>*Attorneys for Defendant, BMW of North America, LLC*<br><br>Dated: August 21, 2026 |